In the Matter of the Accounting of NEW YORK TRUST COMPANY et al., as Executors of ARCHIBALD G. MCILWAINE, JR., Deceased, Appellants; BAYARD W. READ, as General Guardian of ARCHIBALD G. MCILWAINE, II, et al., Respondent.

Argued April 4, 1939; decided May 17, 1939.

Richard L. Davisson, Allen McCarty, Preston Lockwood and Donald B. Riker for appellants.

Thomas B. Gilchrist, Catherine Noyes Lee and E. A. Kniffin for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: O'BRIEN, J. CRANE, Ch. J., dissents in the following memorandum in which FINCH, J., concurs:

CRANE, Ch. J. (dissenting). The testator gave directions in the fifth clause of his will and the executors followed them. The sudden financial collapse of 1929 and 1930 was so extraordinary that the executors cannot be called negligent because they anticipated what everybody else did — a rise from a sudden drop. We are all wise after the event.